UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
_____ DIVISION

| | |
|---|---|
| JUDGE: JEFFREY L. CURETON | |
| DEPUTY CLERK: JULIE HARWELL | COURT REPORTER/TAPE NO: DIGITAL FILE |
| LAW CLERK: | USPO/PTSO: Roger Smith |
| INTERPRETER: | COURT TIME: 5 min |
| A.M.  P.M. | DATE: November 19, 2014 |

☒ DIST. CR. NO. 4:13-CR-229-Y USDJ MEANS

UNITED STATES OF AMERICA § SHAWN SMITH, AUSA
V. §
GERARDO GARCIA § William Hermesmeyer F
DEFENDANT(S) NAME(S) AND NUMBER(S) § COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

■ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ■ PRELIMINARY HEARING
■ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____  ☐ OTHER DISTRICT  ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 11-18-14  ☐ SURRENDER _____  ☐ RULE 5/32  ☐ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☒ PROBATION/SUPERVISED RELEASE VIOLATOR
☒ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL
☒ REQUESTS APPOINTED COUNSEL.
☒ FINANCIAL AFFIDAVIT EXECUTED.
☒ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☒ REVOCATION HEARING SET Thursday, December 11, 2014 at 10:30 a.m.
☐ PRELIMINARY HEARING SET _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $_____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☒ ORDER OF ~~DETENTION~~ Release PENDING REVOCATION HEARING ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ ~~BOND EXECUTED~~ ☒ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☐ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☒ COURT FINDS PROBABLE CAUSE ☐ ID ■ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☒ REMARKS: **Petitions for Offender Under Supervision unsealed.**
Deft. does not object to court ruling on PC from petition

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 19 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy