# United States District Court
## Northern District of Texas
*Ft. Worth Division*

US MARSHALS SERVICE N/TX
FORT WORTH, TX

2014 NOV 14  AM 11: 50

UNITED STATES OF AMERICA

V.

GERARDO GARCIA   (1)

CASE NUMBER: 4:13-CR-229-Y

MAG. CASE NUMBER:

2014 NOV 20  AM 10: 11
CLERK OF COURT
FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

GERARDO GARCIA

ADDRESS (STREET, CITY, STATE):

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| USDJ Janis Graham Jack (Tr to USDJ Terry R. Means on December 12, 2013/NDTX/FW Division) | November 5, 2009 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

U. S. District Court, 501 W. 10th Street, Fort Worth, TX  76102

_Karen Mitchell_
Karen Mitchell, U.S. District Court Clerk

_C Bul_
(By) Deputy Clerk

November 13, 2014
Date

## RETURN

Warrant received and executed.

Date Received: 11/14/14

Date Executed: 11/18/14

Executing Agency (Name and Address)

501 W. 10th St. Fort Worth, TX

Name: B. Kates    (By) R. Pennill    Date: 11/18/14