```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

UNITED STATES OF AMERICA § 
§
VS. § CRIMINAL NO. 4:13-CR-229-Y
§
GERARDO GARCIA (1) §

## ORDER RESETTING HEARING ON
## REVOCATION OF SUPERVISED RELEASE

Due to a scheduling conflict on the Court's calendar, the supervised release revocation hearing for the above-named defendant is hereby **RESET** to **December 18, 2014,** at **10:30 a.m.**  Defendant and his counsel must be present.

SIGNED December 10, 2014.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE