MO-6 (3/07)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
____Fort Worth____ DIVISION

HONORABLE: Terry R. Means
DEPUTY CLERK: Carmen Bush
LAW CLERK: 
CSO: Ted Carmean

PRESIDING COURT REPORTER/TAPE: Ana Warren
USPO: Roger Smith
INTERPRETER:

CR. No. 4:13-CR-229-Y     DEFT. No. (1)

UNITED STATES OF AMERICA                        Shawn Smith, AUSA

v.

GERARDO GARCIA                                  William Hermesmeyer, (F)
Defendant's Name                                Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## REVOCATION OF PROBATION / SUPERVISED RELEASE

Revocation of: ☐ Probation  ☒ Supervised Release

Date Held: 12/18/14
Time in Court: 08 mins.
Days in Trial: 
Hearing Concluded: ☒ Yes  ☐ No

**FILED**
**December 18, 2014**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Revocation of Supervised Release   (Fill out only if regarding revocation of supervised release)

Hearing Type: ☐ Supervised Release - Evidentiary  ☒ Supervised Release - Non-evidentiary
Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty Plea  ☐ None

☐ ....... Sentencing Guidelines
☒ ....... Deft enters a plea of ☒ True ☐ Not True as to Conditions _____.
☒ ....... Court finds deft ☒ has ☐ has not violated terms of probation.
☒ ....... P̶r̶o̶b̶a̶t̶i̶o̶n̶/Supervised Release ☐ revoked ☐ reinstated ☒ modified
☐ ....... SENTENCE TEXT: _____
_____
_____

☐ ....... Time to serve _____.
☐ ....... Count(s) _____ dismissed on government's motion.
☐ ....... Deft ordered to surrender to the U.S. Marshal on _____.
☐ ....... Deft ordered to surrender to the designated institution on _____.
☐ ....... Deft failed to appear, bench warrant to issue.
☒ ....... Bond continued.; conditions to be modified.
☐ ....... Deft Custody/Detention continued.
☐ ....... Deft REMANDED to custody.
☐ ....... Deft released from custody.

OTHER PROCEEDINGS: The Court orders conditions be modified to include weekly testing, as directed by probation officer.
Court will recess case and revisit in 90 days to allow defendant time to abide by conditions.
Modifications agreed to by deft to be made by USPO. Order to follow.