**FILED**
**December 19, 2014**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Request for Modify the Conditions or Term of Supervision
## With Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: | Gerardo Garcia |
| Case No.: | 4:13-CR-229-Y(01) |
| Name of Sentencing Judge: | U. S. District Judge Janis Graham Jack (Jurisdiction transferred to Senior U.S. District Judge Terry R. Means on December 12, 2013.) |
| Date of Original Sentence: | November 5, 2009 |
| Original Offense: | Conspiracy to Possess With Intent to Distribute 95.12 Kilograms of Marihuana, 21 USC §§ 846 & 841(a)(1) & (b)(1)(C) |
| Original Sentence: | 46 months custody, 36-month term of supervised release |
| Revocations: | December 18, 2014: plea of true to violations entered; revocation hearing continued for 90 days to monitor adjustment |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | November 8, 2012 |
| Assistant U.S. Attorney: | Shawn Smith |
| Defense Attorney: | William Hermesmeyer (Court appointed) |

## Petitioning the Court for Cause As Follows:

To add to the conditions of supervision with the consent of the offender as follows:

The defendant shall attend and successfully participate in at least two (2) Narcotics Anonymous meetings a week and provide documentation of attendance to the U.S. Probation Officer.

### Cause

In order to help Gerardo Garcia live a drug free lifestyle and maintain his sobriety it is requested he be required to attend and successfully participate in at least two (2) Narcotics Anonymous meetings a week and provide documentation of attendance to the U.S. Probation Officer.

I declare under penalty of perjury
that the foregoing is true and correct.

Executed on December 18, 2014

s/Roger G Smith
U.S. Probation Officer
Ft Worth
Phone: 817-840-0744
Fax: 817-978-3726

Approved,

s/Mark A Briones
Supervising U.S. Probation Officer
Phone: 817-840-0739

Gerardo Garcia
Request for Modifying the Conditions or Term of Supervision
Case 4:13-cr-00229-Y   Document 13   Filed 12/19/14   Page 2 of 3   PageID 22

**Order of the Court:**

- ☐ No Action
- ☐ The extension of supervision as noted above.
- ☑ To add to the conditions of supervision as follows:

    The defendant shall attend and successfully participate in at least two (2) Narcotics Anonymous meetings a week and provide documentation of attendance to the U.S. Probation Officer.

- ☐ Other or Additional:
- ☐ File under seal until further order of the Court.

_____
Terry R. Means
Senior U. S. District Judge

_12-19-14_____
Date

RGS

*Attachment

UNITED STATES DISTRICT COURT
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions of or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of or to the proposed extension of my term of supervision:

The defendant shall attend and successfully participate in at least two (2) Narcotics Anonymous meetings a week and provide documentation of attendance to the U.S. Probation Officer.

Witness: _Roger G Smith_ (signature)
Roger G Smith
U.S. Probation Officer

Signed: _Gerardo Garcia_ (signature)
Gerardo Garcia

Date: 12-18-14