# United States District Court

Northern District of Texas
Fort Worth Division

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | for revocation of supervised release |
| GERARDO GARCIA | Case number: 4:13-CR-229-Y (1) |
| | Shawn Smith, assistant U.S. attorney |
| | William Hermesmeyer, attorney for the defendant |

On March 26, 2015, a hearing was held, at which time the Court determined that the defendant, Gerardo Garcia, had violated his conditions of supervised release. Accordingly, the defendant is adjudged guilty of such violations, which involve the following conditions:

| CONDITION | NATURE OF VIOLATION | VIOLATION CONCLUDED |
|---|---|---|
| Mandatory condition | Unlawfully possessing a controlled substance | February, March, October 2013, & February and September 2014 |
| Standard condition no. 7 | Failing to refrain from the use of any narcotic or controlled substance | February, March, October 2013, February and September 2014, & March 2015 |

The defendant is sentenced as provided in pages one through two of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant shall notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed March 26 2015.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed March 26, 2015.

# IMPRISONMENT

The defendant, Gerardo Garcia, is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 18 months, pursuant to U.S.S.G. § 7B1.4(a), p.s. and 18 U.S.C. § 3583(g)(1) & (g)(4). No term of supervised release shall follow the defendant's release from custody.

The defendant is remanded to the custody of the United States marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to_____

at_____, with a certified copy of this judgment.

_____
United States marshal

BY  _____
     deputy marshal