1741235

# United States District Court
# Northern District of Texas
### Ft. Worth Division

US MARSHALS SERVICE N/TX
FORT WORTH, TX
2015 MAR 23 AM 11:55

UNITED STATES OF AMERICA

V.

GERARDO GARCIA (1)

CASE NUMBER: 4:13-CR-229-Y

MAG. CASE NUMBER:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 27 2015
CLERK, U.S. DISTRICT COURT
By _____

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

GERARDO GARCIA

ADDRESS (STREET, CITY, STATE):

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| USDJ Janis Graham (Tr to USDJ Terry R. Means on December 12, 2013/NDTX/FW Division) | November 5, 2009 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

U. S. District Court, 501 W. 10th Street, Fort Worth, TX  76102

_Karen Mitchell_
Karen Mitchell, U.S. District Court Clerk

_C. Bul_
(By) Deputy Clerk

March 20, 2015
Date

## RETURN

Warrant received and executed.

Date Received: 3/23/15

Date Executed: 3/26/15

Executing Agency (Name and Address)

501 W. 10th St. Fort Worth.

Name: F. Rivera       (By) R. Penill       Date: 3/26/15